2008 MAY 21  PM 3: 59

XUIT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 1635 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JORGE GUZMAN-MUNGUIA,<br><br>           Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about April 22, 2008, within the Southern District of California, defendant JORGE GUZMAN-MUNGUIA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 31.54 kilograms (69.38 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JPME:fer:Imperial
5/16/08

## Count 2

On or about April 22, 2008, within the Southern District of California, defendant JORGE GUZMAN-MUNGUIA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 31.54 kilograms (69.38 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney