From: Case 3:08-cr-01635-LAB   Document 14   Filed 07/01/2008   Page 1 of 2   P. 002/002

JUN-13-2008 02:39 PM   HOXIE   858 488 2559   P.01

**NUNC PRO TUNC**
JUN 18 2008

LAW OFFICES OF I. MARK BLEDSTEIN
15915 VENTURA BLVD., SUITE 203
ENCINO, CA 91436


FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>JORGE GUZMAN-MUNGUIA,<br>Defendant(s) | CASE NUMBER: 08MJ8341<br>08CR 1635 - LAB<br><br>SUBSTITUTION OF ATTORNEY |

JORGE GUZMAN-MUNGUIA   ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby substitutes   I. MARK BLEDSTEIN   , who is

☒ Retained Counsel   ☐ Court Appointed Counsel   ☐ Pro Per   15915 Ventura Blvd., Suite 203
*Street Address*

ENCINO, CA 91436       (818) 995-0801   (818) 981-6098   47482
*City, State, Zip Code*      *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of   Diane Regan, FD
*Present Attorney*

Dated: 13/06/08.                          /s/ Jorge Chocho Guzman
                                          *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 6/17/08                            /s/
                                          *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/17/08                            /s/
                                          *Signature of New Attorney*

Substitution of Attorney is hereby   ☐ Approved.   ☐ Denied.

Dated: _____                    _____
                                          United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

