LAW OFFCES OF I. MARK BLEDSTEIN
15915 VENTURA BLVD., SUITE 203
ENCINO, CA 91436

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 08-CR-1635-LAB |
| v. | |
| JORGE GUZMAN-MUNGUIA, | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

JORGE GUZMAN-MUNGUIA    ☐ Plaintiff ☒ Defendant ☐ Other _____

hereby substitutes    I. MARK BLEDSTEIN    who is

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per  15915 Ventura Blvd., Suite 203

ENCINO, CA 91436    (818) 995-0801  (818) 981-6098    47482

as attorney of record in the place and stead of    Merle N. Schneidewind

Dated: 13/06/08

JORGE GUZMAN MUNGUIA

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 7-9-08

MERLE N. SCHNEIDEWIND

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 7-9-08

I. MARK BLEDSTEIN

Substitution of Attorney is hereby ☐ Approved. ☐ Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

Law Offices of I. Mark Bledstein
A Professional Law Corporation
I. Mark Bledstein (SBN# 47482)
15915 Ventura Blvd., Suite 203
Encino, CA 91436
Phone: (818) 995-0801
Fax: (818) 981-6098
Email: imblaw@pacbell.net

Attorneys for Defendant
JORGE GUZMAN-MUNGUIA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-CR-1635-LAB |
| Plaintiff, | ACKNOWLEDGEMENT BY ATTORNEY |
| vs. | |
| JORGE GUZMAN-MUNGUIA, | |
| Defendant | |

I, I. MARK BLEDSTEIN, do hereby acknowledge and agree to abide by the court motion and trial order in the above mentioned case. Counsel agrees to the motions in limine dates of August 27, 2008 and the trial dates of on August 28, 2008. Counsel understands that the substitution of counsel is apposed based on this acknowledgement

Respectfully submitted on this 9th day of July 2008.

Law Offices of I. Mark Bledstein

*/S/ I. Mark Bledstein*
_____
By: I. Mark Bledstein
Attorney for Defendant
Jorge Guzman-Munguia

Acknowledgement by Attorney - 1

CERTIFICATE OF SERVICE

I, **Carolina Fajardo**, declare:

    That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Law Office of I. Mark Bledstein, 15915 Ventura Blvd. Suite 203, Encino, California 91436; that I am over the age of eighteen years, and am not a party to the above-entitled action;
    That I am employed by I. Mark Bledstein who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

ACKNOWLEDGEMENT BY ATTORNEY

**Service was:**

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By messenger as follows:

[X] By E-Filing

    Christina M. McCall, A.U.S.A.　　　　Merle N. Schneidewind
    880 Front Street, Room 6293　　　　　555 Saturn Boulevard, Suite B-504
    San Diego, CA 92101　　　　　　　　　San Diego, CA 921545

[] By Facsimile as follow

[ ] By Federal Express as follows:

    This certificate is executed on July 9, 2008 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

                              */s/ Carolina Fajardo*
                              _____
                              Carolina Fajardo