LAW OFFCES OF I. MARK BLEDSTEIN
15915 VENTURA BLVD., SUITE 203
ENCINO, CA 91436

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 08-CR-1635-LAB |
| v. | |
| JORGE GUZMAN-MUNGUIA, | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

JORGE GUZMAN-MUNGUIA     ☐ Plaintiff ☒ Defendant ☐ Other

hereby substitutes  I. MARK BLEDSTEIN   who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  15915 Ventura Blvd., Suite 203

ENCINO, CA 91436     (818) 995-0801    (818) 981-6098    47482

as attorney of record in the place and stead of   Merle N. Schneidewind

Dated: 13/06/08
JORGE GUZMAN-MUNGUIA

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 7-9-08
MERLE N. SCHNEIDEWIND

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 7-9-08
I. MARK BLEDSTEIN

Substitution of Attorney is hereby ☒ Approved. ☐ Denied.

Dated: 7/10/08
United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)